# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | | |
|---|---|---|
| Pinnacle Employee Services, Inc., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:22-cv-01367-CKD |
| Pinnacle Holding Company, LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Pinnacle Holding Company, LLC.

Date: 10/12/2022

/s/ Corey A. Donaldson
*Attorney's signature*

Corey A. Donaldson
*Printed name and bar number*

FERGUSON CASE ORR PATERSON LLP
1050 South Kimball Road
Ventura, CA 93004
*Address*

cdonaldson@fcoplaw.com
*E-mail address*

(805) 659-6800
*Telephone number*

(805) 659-6813
*FAX number*