

# United States District Court
# Eastern District of California

| Pinnacle Employee Services, Inc., et al. |
Plaintiff(s)

V.

| Pinnacle Holding Company, LLC |
Defendant(s)

Case Number: 2:22-cv-01367-CKD

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, AbiDemi M. Donovan hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant Pinnacle Holding Company, LLC

On 02/17/2022 (date), I was admitted to practice and presently in good standing in the App. Div. NY Supreme Court 4th Dept (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/24/2022                Signature of Applicant: /s/ AbiDemi M. Donovan

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | AbiDemi M. Donovan |
| Law Firm Name: | Hancock Estabrook, LLP |
| Address: | 200 E. Buffalo Street |
| | Suite 301 |
| City: | Ithaca   State: NY   Zip: 14850 |
| Phone Number w/Area Code: | 607-391-2867 |
| City and State of Residence: | Ithaca, New York |
| Primary E-mail Address: | adonovan@hancocklaw.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Corey A. Donaldson |
| Law Firm Name: | Ferguson Case Orr Paterson LLP |
| Address: | 1050 South Kimball Road |
| | |
| City: | Ventura   State: CA   Zip: 93004 |
| Phone Number w/Area Code: | (805) 659-6800   Bar # 280383 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: _____          _____
                                                              JUDGE, U.S. DISTRICT COURT



## Appellate Division of the Supreme Court of the State of New York
## Fourth Judicial Department

I, Ann Dillon Flynn, Clerk of the Appellate Division of the Supreme Court of the State of New York, Fourth Judicial Department, do hereby certify that

## Abidemi Donovan

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **February 17, 2022**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Rochester on July 20, 2022.

*Ann Dillon Flynn*

Clerk of the Court

CertID-00075897





NEW YORK STATE SUPREME COURT
APPELLATE DIVISION, FOURTH DEPARTMENT
M. DOLORES DENMAN COURTHOUSE
50 EAST AVENUE, SUITE 200
ROCHESTER, NEW YORK 14604
(585) 530-3100   Fax (585) 530-3247

Ann Dillon Flynn
CLERK OF THE COURT

Alan L. Ross
DEPUTY CLERK OF THE COURT

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Fourth Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

Ann Dillon Flynn
Clerk of the Court

Revised September 2021

www.courts.state.ny.us/ad4