Corey A. Donaldson (SBN 280383)
cdonaldson@fcoplaw.com
FERGUSON CASE ORR PATERSON LLP
1050 South Kimball Road
Ventura, CA 93004
Telephone: 805-659-6800

James P. Youngs (*admitted pro hac vice*)
jyoungs@hancocklaw.com
AbiDemi M. Donovan (*admitted pro hac vice*)
adonovan@hancocklaw.com
HANCOCK ESTABROOK LLP
1800 AXA Tower I
100 Madison Street
Syracuse, NY 13202
Telephone: 315-565-4500

*Attorneys for Defendant Pinnacle Holding Company, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| PINNACLE EMPLOYEE SERVICES, INC., a California corporation; and MICHAEL ALLEN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PINNACLE HOLDING COMPANY, LLC, a Delaware limited liability company,<br><br>Defendant. | **Case No. 2:22-CV-01367-KJM-CKD**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND JOINT MOTION TO RESET PRETRIAL SCHEDULING CONFERENCE TO COINCIDE WITH MOTION TO DISMISS HEARING**<br><br>Current Response Date: November 28, 2022<br><br>Proposed Response Date: December 5, 2022<br><br>Current Pretrial Scheduling Conference Date: December 15, 2022<br><br>Proposed Pretrial Scheduling Conference Date: January 27, 2022 |

1

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND JOINT MOTION TO RESET
PRETRIAL SCHEDULING CONFERENCE TO COINCIDE WITH MOTION TO DISMISS HEARING

1  Defendant Pinnacle Holding Company, LLC ("PHC" or "Defendant"), on the one hand, and
2 Plaintiffs Pinnacle Employees Services, Inc. ("PES") and Michael Allen ("Allen," and with PES,
3 "Plaintiffs"), on the other hand, hereby stipulate and agree that PHC shall have up to and including
4 December 5, 2022 to respond to the Complaint of Plaintiffs. Defendant's original response date was
5 November 28, 2022, and as such the parties submit that this initial stipulation extending time complies
6 with Local Rule 144(a) and thus does not require Court approval.
7  This is the first such stipulation entered into by the affected parties and is sought by the parties to
8 allow time to meet and confer regarding an intended motion to dismiss under Fed. R. Civ. P. 12(b)(2)
9 and Fed. R. Civ. P. 12(b)(6) in an effort to simplify the issues.
10  Given that Defendant intends to notice a hearing on its intended motion for January 27, 2023, the
11 parties believe that it would save both party and Court resources to consolidate the motion hearing with
12 the pretrial scheduling conference currently scheduled for December 15, 2022. As such, the parties
13 further respectfully request that the pretrial scheduling conference currently scheduled for December 15,
14 2022 be continued to January 27, 2023 such that it can be conducted at the same time as the motion
15 hearing.
16  Parties further stipulate that the F.R.C.P 26(f) conference will be held between December 5,
17 2022 and January 6, 2023, and the parties will submit their disclosures required by F.R.C.P. 26(a) and
18 F.R.C.P. 7.1 no later than January 13, 2023.

28 ///

Pursuant to Paragraph 5 of the Court's Standing Order (dkt. 8-1), the parties have not provided a proposed order herewith, but will do so upon request.

DATED: December 1, 2022                          Respectfully submitted,

                                                 FERGUSON CASE ORR PATERSON LLP

                                          By:    /s/ Corey A. Donaldson
                                                 Corey A. Donaldson


                                                 HANCOCK ESTABROOK LLP

                                                 James P. Youngs (*pro hac vice*)
                                                 AbiDemi M. Donovan (*pro hac vice*)

                                                 *Attorneys for Defendant Pinnacle Holding Company, LLC*


DATED: December 1, 2022                          KROGH & DECKER, LLP

                                          By:    /s/ Çağil Arel (as authorized on December 1, 2022)
                                                 Derek C. Decker
                                                 Çağil Arel

                                                 *Attorneys for Plaintiffs Pinnacle Employees Services, Inc. and Michael Allen*

---

3

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND JOINT MOTION TO RESET PRETRIAL SCHEDULING CONFERENCE TO COINCIDE WITH MOTION TO DISMISS HEARING

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Electronic Service List for this Case.

DATED: December 1, 2022

                                FERGUSON CASE ORR PATERSON LLP

By:   /s/ Corey A. Donaldson
        Corey A. Donaldson


                                HANCOCK ESTABROOK LLP

                                James P. Youngs (*pro hac vice*)
                                AbiDemi M. Donovan (*pro hac vice*)

                                *Attorneys for Defendant Pinnacle Holding Company, LLC*

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND JOINT MOTION TO RESET PRETRIAL SCHEDULING CONFERENCE TO COINCIDE WITH MOTION TO DISMISS HEARING