Corey A. Donaldson (SBN 280383)
cdonaldson@fcoplaw.com
FERGUSON CASE ORR PATERSON LLP
1050 South Kimball Road
Ventura, CA 93004
Telephone: 805-659-6800

James P. Youngs (*admitted pro hac vice application*)
jyoungs@hancocklaw.com
AbiDemi M. Donovan (*admitted pro hac vice application*)
adonovan@hancocklaw.com
HANCOCK ESTABROOK LLP
1800 AXA Tower I
100 Madison Street
Syracuse, NY 13202
Telephone: 315-565-4500

*Attorneys for Defendant Pinnacle Holding Company, LLC*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

PINNACLE EMPLOYEE SERVICES, INC., a California corporation; and MICHAEL ALLEN, an individual,

Plaintiffs,

v.

PINNACLE HOLDING COMPANY, LLC, a Delaware limited liability company,

Defendant.

**Case No. 2:22-CV-01367-KJM-CKD**

**DEFENDANT PINNACLE HOLDING COMPANY, LLC'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Pinnacle Holding Company, LLC states that FKAPI, Inc. owns 10% or more of its shares and that no publicly held corporation owns 10% or more of its shares.

**Dated**: December 5, 2022

FERGUSON CASE ORR PATERSON LLP

By: /s/ Corey A. Donaldson
Corey A. Donaldson

HANCOCK ESTABROOK LLP

James P. Youngs (*pro hac vice*)
AbiDemi M. Donovan (*pro hac vice*)

*Attorneys for Defendant Pinnacle Holding Company, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Electronic Service List for this Case.

DATED: December 5, 2022

FERGUSON CASE ORR PATERSON LLP

By: /s/ Corey A. Donaldson
Corey A. Donaldson

HANCOCK ESTABROOK LLP

James P. Youngs (*pro hac vice*)
AbiDemi M. Donovan (*pro hac vice*)

*Attorneys for Defendant Pinnacle Holding Company, LLC*