## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**PINNACLE EMPLOYEE SERVICES, INC., ET AL.,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **2:22–CV–01367–KJM–CKD**

v.

**PINNACLE HOLDING COMPANY, LLC, ET AL.,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 2/1/2024**

                                               **Keith Holland**
                                               Clerk of Court

ENTERED:  **February 1, 2024**

                                    by: /s/ O. Clemente Licea
                                           Deputy Clerk